# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2025

*The Court of Appeals hereby passes the following order:*

A25E0065. KLEMENS v. MALAXA.

On January 2, 2025, the Superior Court of Cobb County entered an "Order Denying Defendant's Motion for a New Trial" in the parties' divorce action. The deadline for an application for discretionary appeal in this case is currently February 1, 2025. On January 28, 2025, counsel for the appellant filed an emergency motion under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Superior Court's order. Court of Appeals Rule 16 (c) directs that an extension of time to file a discretionary application "will not exceed the time otherwise allowed for the filing of an application." *See also* OCGA § 5-6-39 (c). Under Court of Appeals Rule 31 (a), such an application "must generally be filed in this Court within 30 days of the entry of the trial court's order being appealed[.]" Thus appellant's motion is **GRANTED**, and counsel for appellant has until March 3, 2025, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/28/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*